In the Matter of the Petition of the HOME FOR INCURABLES, to Vacate or Reduce an Assessment for a Sewer in East One Hundred and Eighty-fourth Street.

HOME FOR INCURABLES, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Home for Incurables,* 56 App. Div. 525, affirmed.
(Argued February 26, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1901, affirming an order of Special Term denying a motion to vacate or reduce an assessment for a sewer in East One Hundred and Eighty-fourth street, in the city of New York.

*John M. Perry* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.